JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERTO FIGUEROA, | Case No. ED CV 15-1119-SVW (SP) |
| Petitioner, | |
| v. | **JUDGMENT** |
| CLARK E. DUCART, Warden, | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

Dated: January 28, 2019

_____
HONORABLE STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE